IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *LLOYD SATERFIELD, K53497,* | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:18-cv-560-GCS |
| | ) |
| *MOHAMMED SIDDIQUI,* | ) |
| | ) |
| Defendant. | ) |

## **MOTION TO SUBSTITUTE PARTY**

COMES NOW Defendant, Dr. Mohammed Siddiqui, by and through undersigned counsel, and for his Motion to Substitute Party with consent of all other parties, hereby states as follows:

1. Defendant Dr. Mohammed Siddiqui moves to substitute Wexford Health Sources, Inc. as the named Defendant and dismiss with prejudice Defendant, Dr. Mohammed Siddiqui.

2. Undersigned counsel for Dr. Mohammed Siddiqui, Sandberg Phoenix & von Gontard P.C., will represent Wexford Health Sources, Inc. upon substitution.

3. Upon granting of this Motion, the parties will submit a stipulation to dismiss this case with prejudice, signed by counsel for Plaintiff and counsel for the substituted-in party, Wexford Health Sources, Inc.

WHEREFORE, Defendant Dr. Mohammed Siddiqui respectfully requests that an Order of substitution be entered substituting Wexford Health Sources, Inc. as the named Defendant and dismissing Defendant Siddiqui with prejudice.

16328031.v1

| | |
|---|---|
| By: */s/ Amanda K. Hansen* (with consent)<br>Matthew B. Leppert, # 6283363<br>Amanda K. Hansen, #6310922<br>Schuchat, Cook & Werner<br>555 Washington Ave., Suite 520<br>St. Louis, MO 63101<br>(314) 621-26260<br>Fax: (314) 621-2378<br>Email: mbl@scwattorney.com<br>          akh@scwattorney.com<br>*Attorneys for Plaintiff Lloyd Saterfield* | By: */s/ Kevin K. Peek*<br>Dennis S. Harms, #6291610<br>Kevin K. Peek, #6328823<br>Sandberg, Phoenix, & von Gontard P.C.<br>600 Washington Ave., 15th Floor<br>St. Louis, MO 63101<br>(314) 231-3332<br>Fax: (314) 241-7604<br>Email: dharms@sandbergphoenix.com<br>          kpeek@sandbergphoenix.com<br>*Attorneys for Defendant Dr. Mohammed Siddiqui* |

**Certificate of Service**

I hereby certify that on the 13th day of January, 2022, the foregoing was filed electronically with the Court and served by operation of the Court's electronic filing system upon the following:

Matthew B. Leppert
Amanda Kristine Hansen
George O. Suggs
Schuchat, Cook & Werner
mbl@scwattorney.com
akh@scwattorney.com
gos@scwattorney.com
*Attorneys for Plaintiff*

/s/ Kevin K. Peek

2

16328031.v1